**NO DISKETTE**

(Official Form 1) (9/01)

FORM B1, Page 1

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Glendale Plumbing Supply Company, Inc.** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**d/b/a FaucetsPlus.com** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**39-1309777** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**133 South Rohlwing Road**<br>**Addison, IL  60101** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Dupage** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

☐ Individual(s)          ☐ Railroad
☑ Corporation           ☐ Stockbroker
☐ Partnership           ☐ Commodity Broker
☐ Other _____

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7      ☑ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business          ☑ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☑ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 12/05/2003
Time: 12:05:31
Debtor: GLENDALE  PLUMBING SUPP
Case: 03-49244    Fee : 839
Chapter: 11 Rec. # : 3049763
Judge: John Squires

1:03BK49244-BK001

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50 |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50 |
|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

(Official Form 1) (9/01)                                                                 FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor: **Glendale Plumbing Supply Company, Inc.** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **Not Applicable**
   Signature of Debtor

X   **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

   Date

**Signature of Attorney**

X
   Signature of Attorney for Debtor(s)

   **David N. Missner,**
   Printed Name of Attorney for Debtor(s) / Bar No.

   **Piper Rudnick LLP**
   Firm Name

   **203 N. LaSalle Street  Suite 1800**
   Address

   **Chicago, IL 60601-1293**

   **(312) 368-4000**                **(312) 236-7516**
   Telephone Number

   *12/5/03*
   Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
   Signature of Authorized Individual

   **Steve Kogan**
   Printed Name of Authorized Individual

   **President**
   Title of Authorized Individual

   *12/5/03*
   Date

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
   Signature of Attorney for Debtor(s)                      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
   Printed Name of Bankruptcy Petition Preparer

   Social Security Number

   Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   **Not Applicable**
   Signature of Bankruptcy Petition Preparer

   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | **FOR COURT USE ONLY** |
| | ) | |
| **GLENDALE PLUMBING SUPPLY** | ) | _____ |
| **COMPANY, INC.** | ) | **Date Petition Filed** |
| **a Wisconsin corporation** | ) | |
| **d/b/a FaucetsPlus.com** | ) | |
| **FEIN # 39-1309777** | ) | _____ |
| | ) | **Case Number** |
| | ) | |
| | ) | _____ |
| **Debtor.** | ) | **Bankruptcy Judge** |
| | ) | |

## EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is   NOT APPLICABLE

2.  The following financial data is the latest available information and refers to the debtor's condition on November 25, 2003.

    (a)   Total assets                                                    $13,302,215.00

    (b)   Total debts (including debts listed in 2.c., below)       $8,068,738.00

|  |  | Approximate number of holders |
|---|---|---|

(c)    Debt securities held by more than 500 holders.

secured//        unsecured//        subordinated//        $_____        _____

secured//        unsecured//        subordinated//        $_____        _____

secured//        unsecured//        subordinated//        $_____        _____

secured//        unsecured//        subordinated//        $_____        _____

secured//        unsecured//        subordinated//        $_____        _____

(d)    Number of shares of preferred stock        $_____        _____
(e)    Number of shares of common stock        $_____1,000_____        _____2

Comments, if any: _____

_____

_____

3.  Brief description of debtor's business: _____

Wholesale distribution of plumbing supplies in the greater Milwaukee and Madison,

Wisconsin region._____

4.  List the names of any person who directly or indirectly owns, controls, or holds, with

power to vote, 5% or more of the voting securities of debtor:

Steve Kogan, Harvey Kogan_____

_____

_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:                   )

                          )

**GLENDALE PLUMBING SUPPLY**  )    **Chapter 11 Case**
**COMPANY, INC.**                )
**a Wisconsin corporation,**       )
**d/b/a FaucetsPlus.com**         )
**EIN #39-1309777,**           )

                          )    **NO.**

        **DEBTOR.**       )

## LIST OF CREDITORS

STATE OF ILLINOIS    )
                    )    SS
COUNTY OF COOK    )

I, Steve Kogan, being first duly sworn on oath, depose and say that I the President of **Glendale Plumbing Supply Company, Inc., a Wisconsin corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the creditors of the debtor.

By: **Glendale Plumbing Supply Company,**
     **Inc., a Wisconsin corporation**

By: _____
       Steve Kogan, President

I declare under penalty of perjury
that the foregoing is true and correct.

Vendor Addr A Co4.txt

ACORN ENGINEERING CO          01
PO BOX 3527
CITY OF INDUSTRY, CA 91744-0527

ADDED SALES CO               01
1875 GREENLEAF AVE
ELK GROVE VILLAGE, IL 60007

ALLEN CO
P O BOX 74611
CLEVELAND, OH 44194-0690

AMERICAN INDUSTRIAL          01
PO BOX 26737
WAUWATOSA, WI 53226-0737

AMERICAN WALL TIE CO         01
2711-13 W LAKE ST.
CHICAGO, IL 60612

ARAMARK UNIFORM SERVICES
11200 DECIMAL DR
LOUISVILLE, KY 40299

ARROWHEAD BRASS PRODUCTS
5147 ALHAMBRA AVE
LOS ANGELES, CA 90032

COOPER B-LINE INC
3838 COLLECTION CENTER DR
CHICAGO, IL 60693

BEMIS MFG CO
DEPARTMENT 100
PO BOX 2088
MILWAUKEE, WI 53201

BLACK SWAN MFG CO            01
4540 W THOMAS ST
CHICAGO, IL 60651

BLACKBURN MANUFACTURING CO   01
P O BOX 86
NELIGH, NE 68756

CAR LEASING INC
7100 N RIDGEWAY
LINCOLNWOOD, IL 60712

Vendor Addr A Co4.txt

CARROLL APPLIANCE SERVICE    01
3225 ROANOKE
KANSAS CITY, MO 64111

CENTOCO MFG CORPORATION
PO BOX 32872
DETROIT, MI 48232-0872

CERRO COPPER PRODUCTS INC
PO BOX 96349
CHICAGO, IL 60693-6349

T CHRISTY ENTERPRISES
655 EAST BALL RD
ANAHEIM, CA 92805-5910

CUNO INC                     01
DEPT CH 10370
PALATINE, IL 60055

DAWN INDUSTRIES INC          01
5055 WEST 58TH AVE
ARVADA, CO 80002

DELTA FAUCET CO
PO BOX 66107
INDIANAPOLIS, IN 46266

FERNCO INC
DEPT # 77099
P O BOX 77000
DETROIT, MI 48277

FREEDOM PLASTICS
135 S LASALLE
DEPT 2812
CHICAGO, IL 60674-2812

G & K SERVICES               01
PO BOX 12646
GREENBAY, WI 54307

GENERAL WIRE SPRING CO       01
1101 THOMPSON AVE
MCKEES ROCKS, PA 15136

GLENDALE SUPPLY CO

Vendor Addr A Co4.txt

6066 NORTH 76TH STREET
MILWAUKEE, WI 53218

HAMMOND VALVE CO            01
135 S LASALLE
DEPT 1864
CHICAGO, IL 60674-1864

IRRITROL SYSTEMS
PO BOX 96368
CHICAGO, IL 60693-6368

HICO FLEX BRASS CO          01
931 WEST 19TH ST.
CHICAGO, IL 60608

IPS CORPORATION
PO BOX 6070
BOSTON, MA 02212-6070

IN SINK ERATOR DIVISION
P O BOX 101409
ATLANTA, GA 30392-1409

JACUZZI WHIRLPOOL BATH
PO BOX 96061
CHICAGO, IL 60693-6061

KAST MARKETING             01
501 INDUSTRIAL DRIVE
BENSENVILLE, IL 60106

KIFCO INC                  01
DEPT 77-6975
CHICAGO, IL 60678-6975

ABE KOGAN                  01
9100 KOLMAR AVE
SKOKIE, IL 60076

STEVE KOGAN                01
1526 SUMTER DRIVE
LONG GROVE, IL 60047

KOHLER COMPANY
PO BOX 91283
CHICAGO, IL 60693

Vendor Addr A Co4.txt

LEONARD VALVE CO                 01
1360 ELMWOOD AVE
PO BOX 9974
CRANSTON, RI 02910-0974

MILWAUKEE ELECTRIC TOOL
4844 COLLECTION CENTER DR
CHICAGO, IL 60693

MILWAUKEE VALVE CO INC           01
135 S LASALLE
DEPT 1918
CHICAGO, IL 60674-1918

MISSION RUBBER CO INC            01
FILE 55414
LOS ANGELES, CA 90074-5414

MOEN DIVISION
75 REMITTANCE DRIVE
SUITE #1439
CHICAGO, IL 60675-1439

MUELLER STREAMLINE CO
DEPT 1774
135 S LASALLE
CHICAGO, IL 60674-1774

E L MUSTEE & SONS INC
P.O. BOX 70489-T
CLEVELAND, OH 44190

NATIONAL FIBERGLASS
5 GREENWOOD AVE
ROMEOVILLE, IL 60441

OAKTON DISTRIBUTORS INC
125 EAST OAKTON
DES PLAINES, IL 60018

OASIS INDUSTRIES INC
DEPT 77-6608
CHICAGO, IL 60678-6608

OATEY CO                         01
PO BOX 92138
MAIN POST OFFICE
CLEVELAND, OH 44191

Vendor Addr A Co4.txt


OETIKER INC
3305 WILSON ST
PO BOX 217
MARLETTE, MI 48453

ORKIN EXTERMINATING CO          01
P.O. BOX 19833
INDIANAPOLIS, IN 46219

PAIGE ELECTRIC CORP             01
1160 SPRINGFIELD RD
PO BOX 368
UNION, NJ 07083

PENSKE TRUCK LEASING
PO BOX 802577
CHICAGO, IL 60680-2577

SURE FLO FITTINGS
2077 S STATE ST
BOX 1363
ANN ARBOR, MI 48106

PIPE CONX                       01
PO BOX 6288
EVANSVILLE, IN 47712

PLASTIC TRENDS INC
21319 NETWORK PLACE
CHICAGO, IL 60673-1213

PRINTEX DESIGNS INC
730 CREEL DRIVE
WOOD DALE, IL 60191-2608

RADIATOR SPECIALTY
PO BOX 65189
CHARLOTTE, NC 28265

RAINBOW WESTERN SALES           01
3771 LAS FLORES CT
LOS ANGELES, CA 90034

RECTORSEAL CORP
PO BOX 973957
DALLAS, TX 75397-3957

Vendor Addr A Co4.txt

REED MFG                      01
1425 W 8TH ST
PO BOX 1321
ERIE, PA 16512

REINDERS BROS INC            01
13400 WATERTOWN PLNK
ELM GROVE, WI 53122

RHEEM MFG CO
PO BOX 91595
CHICAGO, IL 60693

RICHARD SPECIALTY CO
4917-19 W BELMONT
CHICAGO, IL 60641

RIDGE TOOL
PO BOX 70327
CHICAGO, IL 60673

SCHIER PRODUCTS CO
2500 SOUTH 170TH STREET
NEW BERLIN, WI 53151

SIOUX CHIEF MFG CO INC
12626 COLLECTIONS CENTER DR
CHICAGO, IL 60693

SLOAN VALVE CO
PO BOX 98931
135 S LASALLE
DEPT 3761
CHICAGO, IL 60674-3761

SPEAKMAN COMPANY             01
P.O. BOX 191
WILMINGTON, DE 19899

LSP PRODUCTS GROUP
PO BOX 971440
DALLAS, TX 75397-1440

STANZI SIMMS
31 KING STREET
ELK GROVE, IL 60007

STERLING PLUMBING GROUP

Vendor Addr A Co4.txt

PO BOX 91283
CHICAGO, IL 60693

SUPERIOR CONTROLS          01
24950 AVE KEARNY
VALENCIA, CA 91355

SWAN CORP                  01
PO BOX 17481
ST.LOUIS, MO 63178

T R INDUSTRIES
P. O. BOX 2306
SOUTH GATE, CA 90280

T & S BRASS & BRONZE WORKS INC
PO BOX 601161
CHARLOTTE, NC 28260-1161

TJERNLUND PRODUCTS INC     01
1601 9TH STREET
WHITE BEAR LK, MN 55110

UNITED PARCEL SERVICE      01
P O BOX 505820
THE LAKES, NV 88905-5820

WARD MANUFACTURING INC     01
PO BOX 7777
PHILADELPHIA, PA 19175-2071

WATCO MANUFACTURING CO
P O BOX 5811
DENVER, CO 80217-5811

WATTS REGULATOR CO         01
815 CHESTNUT ST
NORTH ANDOVER, MA 01845-6098

WHEELER DIV OF REX INT'L INC
3744 JEFFERSON RD NO
PO BOX 688
ASHTABULA, OH 44004

ZOELLER CO
SECTION 566
LOUISVILLE, KY 40289

Vendor Addr A Co4.txt

ZURN INDUSTRIES                01
7777 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ALSONS CORPORATION
42 UNION STREET
HILLSDALE, MI 49242


CHICAGO FAUCET COMPANY
PO BOX 71489
CHICAGO, IL 60694-1489


SOUTHWEST PIPE & SUPPLY CO
3490 RECKER HWY
WINTER HAVEN, FL 33830


BARCLAY PRODUCTS LTD
4000 PORETT DRIVE
GURNEE, IL 60031


BECK MANUFACTURING INC
9170 MOLLY PITCHER HIGHWAY
P O BOX 760
GREENCASTLE, PA 17225


BRADLEY CORPORATION
BIN NO 53066
MILWAUKEE, WI 53288


BRASS CRAFT MFG
DEPT 77241
PO BOX 77000
DETROIT, MI 48277-0241


CAMCO MFG INC                  03
P O BOX 60266
CHARLOTTE, NC 28260-0266


GEBERIT MANUFACTURING
36413 TREASURY CENTER
CHICAGO, IL 60694-6400


HONEYWELL INC                  03
ECC CONTROL PRODUCTS
12623 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


L D KICHLER CO

Vendor Addr A Co4.txt

PO BOX 71-3233
COLUMBUS, OH 43271-3233

NIBCO INCORPORATED
PO BOX 101441
ATLANTA, GA 30392-1441

PLASTIC ODDITIES          03
PO BOX 530103
DEPT NC00070
ATLANTA, GA 30353-0103

WOODFORD MFG
P O BOX 172368
DENVER, CO 80217-2368

ACME SUPPLY CO INC        04
5101 W STATE STREET
MILWAUKEE, WI 53208

BRASSTECH INC
2001 E CARNEGIE AVENUE
SANTA ANA, CA 92705-5573

BUILDERS PLUMBING SUPPLY CO 04
133 S ROHLWING ROAD
ADDISON, IL 60101

BURTON ANDERSON & ASSOCIATES
1803 S 124TH STREET
NEW BERLIN, WI 53151

CANFIELD TECHNOLOGIES INC
DEPT 78090
P O BOX 78000
DETROIT, MI 48278-0090

CAPITAL WATER SOFTENER
2096 HELENA ST
MADISON, WI 53704

COLOR BLEND SERVICE       04
12001 WEST HOLMES
GREENFIELD, WI 53228-3043

CREATIVE INDUSTRIES
P.O. BOX 47649
CHICAGO, IL 60647

Page 9

Vendor Addr A Co4.txt

ELKAY MFG
PO BOX 73606
CHICAGO, IL 60673-7606

F J MOORE MANUFACTURING CO
1108 N 5TH ST
CANNON FALLS, MN 55009

GERBER PLUMBING FIXTURES INC
135 S LASALLE ST
DEPT 3297
CHICAGO, IL 60674-3297

GLENDALE MILWAUKEE PETTY CASH
6066 NORTH 76TH STREET
MILWAUKEE, WI 53218

HAWS CORPORATION
DEPT 44739
PO BOX 44000
SAN FRANCISCO, CA 94144-4739

HUBBARD ENTERPRISES
393 ENTERPRISE ST
SAN MARCOS, CA 92069

HYDRO FLO                    04
PO BOX 407
BROOKFIELD, WI 53008

KAUL OIL CO
5931 N. 91ST. STREET
MILWAUKEE, WI 53225

LACLEDE STEEL
PO BOX 232
ST LOUIS, MO 63150

LASCO BATHWARE
8101 E KAISER BLVD
ANAHEIM, CA 92808

LE BIJOU COLLECTION
8150 NORTHWEST 64TH ST
MIAMI, FL 33166

LIFT TRUCK SPECIALISTS       04

Vendor Addr A Co4.txt

P O BOX 549
BUTLER, WI 53007

LIPPERT CORP
PO BOX 1030
MENOMONEE FALLS, WI 53052

POWERS PROCESS CONTROLS
PO BOX 60645
CHARLOTTE, NC 28260-0645

M B A CORPORATION
4388 S KANSAS AVENUE
UNIT 3
MILWAUKEE, WI 53207

MADISON COFFEE SYSTEMS INC
1458 WRIGHT STREET
MADISON, WI 53704

MANSFIELD PLUMBING PRODUCTS
PO BOX 790004
ST LOUIS, MO 63179

A Y MCDONALD MANUFACTURING CO
PO BOX 88830
MILWAUKEE, WI 53288-0830

PRECISION PLUMBING PRODUCTS
7021 NE 79TH COURT
AIRPORT BUSINESS CTR
PORTLAND, OR 97218

QUICK FUEL                    04
BOX 88249
MILWAUKEE, WI 53288-0249

RAYMOND LEASING CORP          04
P.O. BOX 10870
NEWARK, NJ 07193

RUNDLE SPENCE MFG CO          04
P.O. BOX 8
NEW BERLIN, WI 53151

SCHWARTZ JANITORIAL SERVICE
412 EAST HENRY CLAY
MILWAUKEE, WI 53217

Vendor Addr A Co4.txt

CORPORATE EXPRESS INC
PO BOX 71411
CHICAGO, IL 60694-1411

A O SMITH
12024 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

SPESCO INC                    04
52 MARKS RD
VALPARAISO, IN 46383

STICKLER AND ASSOCIATES INC
333 N 121ST ST
MILWAUKEE, WI 53226

STOFFEL EQUIPMENT CO          04
7764 NORTH 81ST STREET
P O BOX 240082
MILWAUKEE, WI 53224-9004

SYMMONS INDUSTRIES INC        04
PO BOX 3342
BOSTON, MA 02241

H W THEIS CO
PO DRAWER 325
3595 N 127TH ST
BROOKFIELD, WI 53005

TOM TIERNAN ASSOCIATES        04
P O BOX 26455
MILWAUKEE, WI 53226

TURF AID                      04
15230 TURNBERRY DRIVE
BROOKFIELD, WI 53005

J C WHITLAM MANUFACTURING
200 W WALNUT ST.
PO BOX 380
WADSWORTH, OH 44281

BRIGGS PLUMBING PRODUCTS
300 EAGLE DRIVE
ATTN BETH LAMB
GOOSE CREEK, SC 29445

Vendor Addr A Co4.txt

CRANE PLUMBING
135 S LASALLE
DEPT 3319
CHICAGO, IL 60674-3319

DAP INC
2400 BOSTON ST
BALTIMORE, MD 21224

EAGLE GROUP
PO BOX 828490
PHILADELPHIA, PA 19182-8490

FEDERAL PROCESS CORPORATION
P O BOX 73549-N
CLEVELAND, OH 44193-0904

GROHE AMERICA INC
PO BOX 99249
CHICAGO, IL 60693

K RAIN MANUFACTURING CO
1640 AUSTRALIAN AVE
RIVIERA BEACH, FL 33404

KEENEY MANUFACTURING CO
PO BOX 847014
BOSTON, MA 02284-7014

L R NELSON CORPORATION        05
PO BOX 95805
CHICAGO, IL 60694

RAIN BIRD CORPORATION
FILE 95001
LOS ANGELES, CA 90074-9500

SENNINGER IRRIGATION INC
6416 OLD WINTER GARDEN RD
ORLANDO, FL 32811

JAY R SMITH MFG
PO BOX 102640
ATLANTA, GA 30368-0640

SPEARS MANUFACTURING CO
PO BOX 54988

Vendor Addr A Co4.txt

LOS ANGELES, CA 90054-0988

THOMPSON PLASTICS
P.O. BOX 17133
HUNTSVILLE, AL 35810

AMERICAN GRANBY INC
1111 VINE STREET
LIVERPOOL, NY 13088

KOHLER COMPANY
P.O. BOX 91283
CHICAGO, IL 60693

UNITED P & H SUPPLY CO
PO BOX 250850
MILWAUKEE, WI 53225

BRISTOL PIPE
DEPT 77-9249
CHICAGO, IL 60678-9249

KING INNOVATION
P O BOX 771580
ST LOUIS, MO 63177

ACCURATE INDUSTRIES
PO BOX 624
WHEELING, IL 60090

CHAMPION IRRIGATION
P O BOX 30967
LOS ANGELES, CA 90030-0967

STA RITE INDUSTRIES
P O BOX 95389
CHICAGO, IL 60694

A K INDUSTRIES INC
P.O. BOX 640
PLYMOUTH, IN 46563-0640

ACCOR TECHNOLOGY
337 EAST PENNY ROAD
WENATCHEE, WA 98801

GRAINGER
PO BOX 419267

Vendor Addr A Co4.txt

DEPT 136-821575164
KANSAS CITY, MO 64141-6267

NORTHERN WATERS
N2852 HWY QQ
P O BOX 106
WAUPACA, WI 54981

HARVEY M KOGAN
8836 LOWELL
SKOKIE, IL 60076

CSE
16800 W CLEVELAND
PO BOX 510941
NEW BERLIN, WI 53151

ANAHEIM MANUFACTURING
21500 network place
CHICAGO, IL 60673-1215

EEMAX
353 CHRISTIAN ST
OXFORD, CT 06478

ADVANCE TABCO
200 HEARTLAND BOULEVARD
EDGEWOOD, NY 11717

SANTEEN PRODUCTS
1321 SOUTH 7TH STREET
HOPKINS, MN 55343

FEDEX FREIGHT
4103 COLLECTION CENTER DR
CHICAGO, IL 60693

JOSAM CO
PO BOX 820667
PHILADELPHIA, PA 19182-0667

BELVEDERE COMPANY
P.O. BOX 689893
MILWAUKEE, WI 53268-9893

OSI SEALANTS INC
2035 RELIABLE PARKWAY
CHICAGO, IL 60686

Vendor Addr A Co4.txt

TAX-AIR
5975 SOUTH HOWELL AVE
P.O. BOX 070911
MILWAUKEE, WI 53207

IDEALEASE
P.O. BOX 1486
BRANDON, FL 33509

SURFACE SPECIALISTS
2116 HARRIS HIGHLAND DRIVE
WAUKESHA, WI 53188-4762

WISCONSIN PERSPECTIVE
PO BOX 195998
WINTER SPRINGS, FL 32719-5998

JOHN BARR SALES
540 FAIRVIEW AVE NORTH #108
ST PAUL, MN 55104

AMS
5380 KING JAMES WAY
SUITE C
MADISON, WI 53719

PAUL SUTFIN
C/O ANNETTE M WHITE
909 N MADISON STREET
STOUGHTON, WI 53589

NETAFIM IRRIGATION INC
5470 E HOME AVE
FRESNO, CA 93727

ECONOPRINT
6829 NORTH TEUTONIA AVENUE
MILWAUKEE, WI 53209

THE TON JON COMP
56 S LA SALLE
AURORA, IL 60507

OASIS ENGINEERING
1160 S WESLEY
OAK PARK, IL 60304

Vendor Addr A Co4.txt

CHICAGO TURF & IRRIGATION INC
1170 W ARDMORE
ITASCA, IL 60143

THE SOURCE
PO BOX 267
PLEASANTON, CA 94566

N M TRANSFER CO INC
630 MUTTART ROAD
NEENAH, WI 54956

J M MANUFACTURING CO INC
7066 COLLECTION CENTER DR
CHICAGO, IL 60693

HOWARD'S PRODUCTS INC
231 S FRONTAGE ROAD
SUITE 14
BURR RIDGE, IL 60527

ARAMARK REFRESHMENT SERVICES
1200 S 43RD STREET
MILWAUKEE, WI 53214

MAINTENANCE SERVICES OF MADISO
1022 N SHERMAN AVE
MADISON, WI 53704

GATCO INC
P O BOX 5058
SAN LEANDRO, CA 94577-0551

HUNTER INDUSTRIES
PO BOX 751318
CHARLOTTE, NC 28275

BIG FOOT MANUFACTURING CO
1480 POTTHOFF
CADILLAC, MI 49601

CONCINNITY
35 MELVILLE PARK ROAD
MELVILLE, NY 11747

DIVERSITECH
PO BOX 930672
ATLANTA, GA 31193

Vendor Addr A Co4.txt

MODINE MANUFACTURING CO
1500 DEKOVEN AVENUE
RACINE, WI 53403

AMEREC PRODUCTS
PO BOX 2258
WOODINVILLE, WA 98072

GE CAPITAL
PO BOX 94578
CLEVELAND, OH 44101-4578

OPELLA INC
1150 COBB INTERNATIONAL PLACE
SUITE E
KENNESAW, GA 30152

OFFICE DEPOT CARD PLAN
PO BOX 9020
DES MOINES, IA 50368-9020

CONTINENTAL COURIER, LTD
SLOT 302185
PO BOX 66973
CHICAGO, IL 60666-0973

AQUATIC ECO SYSTEMS
1767 BENBOW COURT
APOPKA, FL 32703

PRAXAIR BENTLEY GAS TECH
PO BOX 1747
BROOKFIELD, WI 53008

DUPAGE PRODUCTS GROUP
2250 CURTISS ST
DOWNERS GROVE, IL 60515

ROHL CORPORATION
1559 SUNLAND
COSTA MESA, ORANGE CNTY, CA 92626-1514

JONES STEPHENS CORP
DEPARTMENT 3200
PO BOX 2153
BIRMINGHAM, AL 35287-3200

Vendor Addr A Co4.txt

THE MILL ROSE COMPANY
P O BOX 714323D
COLUMBUS, OH 43271-4323

AMERICAN SUPPLY INC
5101 WEST STATE STREET
MILWAUKEE, WI 53208

MANUFACTURERS NEWS INC
1633 CENTRAL STREET
EVANSTON, IL 60201

OASE PUMP COMPANY
400 E PARKRIDGE AVE
UNIT 101
CORONA, CA 92879

L D DANIELS & ASSOCIATES INC
3055 N BROOKFIELDS
BROOKFIELD, WI 53045

AQUARIUS DISTRIBUTORS
6950 51ST STREET
KENOSHA, WI 53144

WATERTRONICS
525 INDUSTRIAL DRIVE
HARTLAND, WI 53029

ALLIED PLBG & HTG
6949 W IRVING PARK RD
CHICAGO, IL 60634

JADO BATHROOM & HARDWARE
PO BOX 200368
DALLAS, TX 75320-0368

NORTHLAND SALES, INC
17949 W LINCOLN AVE
NEW BERLIN, WI 53146

PRESCO PRODUCTS
P O BOX 226467
DALLAS, TX 75222-6467

DUNHAM EXPRESS
P O BOX 7311
MADISON, WI 53707-7311

Vendor Addr A Co4.txt

BEST SPECIALTIES
11811 W DIXON STREET
MILWAUKEE, WI 53214

B B W SALES INC
N48 W13334 HAMPTON AVE
SUITE 3
MENOMONEE FALLS, WI 53051

STEAM MIST
1 ALTMAN DRIVE
RUTHERFORD ,, NJ 07070

J F AHERN
P O BOX 1316
FOND DU LAC, WI 54936-1316

NEW YORKER BOILER COMPANY
PO BOX 371145
PITTSBURGH, PA 15251-7145

LEEMCO INC
360 S MOUNT VERNON AVE
COLTON, CA 92324-3912

KOZY KOLLAR MFG
9 TINKHAM AVE
DERRY, NH 03038

NIGHTSCAPING
1705 EAST COLTON AVE
REDLANDS, CA 92374

BAREBO INC
3840 MAIN ROAD EAST
EMMAUS, PA 18049

REGENCY WIRE & CABLE
PO BOX 1000
DEPT 321
MEMPHIS, TN 38148-0321

FLUSHMATE
DEPARTMENT 771273
PO BOX 77000
DETROIT, MI 48277-1273

Vendor Addr A Co4.txt

THE PELTZ GROUP, INC
DEPT 77-5252
CHICAGO, IL 60678-5252

GREENLEE TEXTRON
P O BOX 71937
CHICAGO, IL 60694-1937

USF HOLLAND INC
PO BOX 9021
HOLLAND, MI 49422-9021

WIRSBO COMPANY
PO BOX 640733
PITTSBURG, PA 15264-0733

NATIONAL WATERWORKS
PO BOX 99595
CHICAGO, IL 60693

HELLENBRAND WATER COND INC
PO BOX 187
WAUNAKEE, WI 53597-0187

SUPERIOR IRRIGATION INC
N104W21651 WILLOW CREEK ROAD
COLGATE, WI 53017

MAYFAIR INDUSTRIES INC
334 E FIRST STREET
PO BOX 195
GENOA, IL 60135

MIFAB INC
PO BOX 2911
DETROIT, MI 48231

BUCKNER IRRIGATION
4381 N BRAWLEY AVE
FRESNO, CA 93722

BURK & ASSOCIATES
2369 WATERS DRIVE
MENDOTA HEIGHTS, MN 55120

ERICO INC
PO BOX 931206
CLEVELAND, OH 44193-0419

Vendor Addr A Co4.txt

YOUR OTHER WAREHOUSE
PO BOX 4627
HOUSTON, TX 77210

JCR DISTRIBUTORS
PO BOX 600003
DALLAS, TX 75360-0003

WAMI SALES INC
P O BOX 641481
CINCINNATI, OH 45264-1481

OASIS CORPORATION
36456 TREASURY CENTER
CHICAGO, IL 60694

NORDYNE
PO BOX 958183
ST LOUIS, MO 63195-8183

SHARON TUBE COMPANY
P O BOX 400324
PITTSBURGH, PA 15268-0324

MILWAUKEE KITCHEN & BATH
5623 N GREEN BAY RD
GLENDALE, WI 53209

NEUCONCEPTS LTD
N25 W27071 LAUREN COURT
PEWAUKEE, WI 53072

DO NOT USE! SEE VENDOR 41860
410 SOVEREIGN COURT
#13
ST LOUIS, MO 63011

BADGERLAND TRADING COMPANY
2415 S 170TH STREET
NEW BERLIN, WI 53151

QPS STAFFING SERVICE INC
P O BOX 522
HALES CORNERS, WI 53130-0522

KARL'S RENTAL CENTER
7000 S 10TH STREET

Vendor Addr A Co4.txt

OAK CREEK, WI 53207

P T COUPLING COMPANY INC
1414 E WILLOW
PO BOX 3909
ENID, OK 73702-3909

ACCUMETRIC LLC
SECTION 561
LOUISVILLE, KY 40289

J & B PRODUCTS-ALLEN DIV
P O BOX 951046
CLEVELAND, OH 44193

WATTS BRASS & TUBULAR
P O BOX 60601
CHARLOTTE, NC 28260

HOLDRITE CORPORATION
393 ENTERPRISE STREET
SAN MARCOS, CA 92069

LASCO FITTINGS INC
PO BOX 102209
ATLANTA, GA 30368-0209

THE TORO COMPANY
36346 TREASURY CENTER
CHICAGO, IL 60694-6300

UNITED RENTAL INC
6050 S HOWELL AVE
MILWAUKEE, WI 53207

WERNER ELECTRIC SUPPLY COMPANY
PO BOX 1170
MILWAUKEE, WI 53201

DANKA OFFICE IMAGING CO
4388 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

LAKE CITY IND PRODUCTS INC
10490 W LAKE ROAD
PO DRAWER 341
LAKE CITY, PA 16423

Vendor Addr A Co4.txt

PROCESS MECHANICAL SYSTEM
4720 THREE MEADOWS DRIVE
BROOKFIELD, WI 53005

CONSOLIDATED PLUMBING IND
135 FOX ROAD
SUITE A
KNOXVILLE, TN 37922

TURF PROFESSIONALS EQUIPMENT
33665 TREASURY CENTER
CHICAGO, IL 60694

PRAXAIR DISTRIBUTION
DEPT CH 10660
PALATINE, IL 60055-0660

BREATHE-EZE MFG CO
3016-B MARQUITA DR
FT WORTH, TX 76116

LDS&S CO. INC
P O BOX 215
SUSSEX, WI 53089

JANESVILLES WINAIR CO
PO BOX 125
JANESVILLE, WI 53547

PLANET RESEARCH
644 GROSVENER LANE
ELK GROVE, IL 60007

CITICORP VENDOR FINANCE INC
P O BOX 8500-6075
PHILADELPHIA, PA 19178-6075

M T I WHIRLPOOLS
670 NORTH PRICE ROAD
SUGAR HILL, GA 30518

SAMSUNG AIR CONDITIONING
2865 PELLISSIER PLACE
WHITTIER, CA 90601

CONSOLIDATED DOORS INC
11709 W DIXON ST
MILWAUKEE, WI 53214-1021

Vendor Addr A Co4.txt

QUICKSILVER EXPRESS COURIER
P O BOX 64417
ST PAUL, MN 55164-0417

FEDDERS UNITARY PROUCTS
DEPT CH 10542
PALATINE, IL 60055-0542

CENTENNIAL PLASTICS LLC
P O BOX 329
HASTINGS, NE 68901

MOST DEPENDABLE FOUNTAINS
5705 COMMANDER DR
ARLINGTON, TN 38002-0587

WESTYE GROUP
1901 NORTH ROSELLE
SUITE 800
SCHAUMBURG, IL 60195

LORENZ INDUSTRIES INC
233 NEEDHAM STREET
NEWTON, MA 02464

EZ-FLO INTERNATIONAL INC
2750 EAST MISSION BLVD
ONTARIO, CA 91761

CREATIVE SPECIALTIES
75 REMITTANCE DRIVE
SUITE 1590
CHICAGO, IL 60675-1590

PREMIER ONE PRODUCTS INC
251 N WISCONSIN ST
PULASKI, WI 54162

FORESEES PRODUCTS INCORPORATED
304 E FLORIDA ST
MILWAUKEE, WI 53204

DIAMOND WATER CONDITIONING
P O BOX 39
HORTONVILLE, WI 54944

MACDUFFCO MFG INC

Vendor Addr A Co4.txt

1284 MONTROSE AVENUE
VICTORIA
BC CANADA, .   V8T-2-6

GLOBE UNION AMERICA CORP
2 TERRITORIAL COURT
UNIT A
BOLINGBROOK, IL 60440

FEDERAL HOME PRODUCTS-KINDRED
P O BOX 96947
CHICAGO, IL 60693-6947

HEIDER & BOTT
3840 N PALMER
MILWAUKEE, WI 53212

FALL RIVER MANF
4160 S 13 ST
MILWAUKEE, WI 53221

BERNZOMATIC
PO BOX 92026
CHICAGO, IL 60675-2026

BRANDT MOLDED MARBLE
N59 W 14830 BOBOLINK AVE
MENOMONEE FALLS, WI 53051

PLYMOUTH PRODUCTS
12472 COLLECTION CENTER DR
CHICAGO, IL 60693

BADGER METALS
PO BOX 1034
APPLETON, WI 54912-1034

CINTAS FIRST AID & SAFETY
N56 W16718 RIDGEWOOD DR
MENOMONEE, WI 53051

BADGER TAG AND LABEL CORP
83 BENTERT ST
PO BOX 306
RANDOM LAKE, WI 53075

SPX VALVES & CONTROLS
FILE 98153

Vendor Addr A Co4.txt

LOS ANGELES, CA 90074-8153

HOT WATER PRODUCTS, LLC.
2830 WEST STARK STREET
MILWAUKEE, WI 53209

MIDWEST DUCTS
PO BOX 3414
LA CROSSE, WI 54602-3414

GREATER BAY CAPITAL
100 TRI-STATE INTERNATIONAL
SUITE 140
LINCOLNSHIRE, IL 60069

THE TUB GUYS
810 SCOTT AVE #3
WAUEKESHA, WI 53186

NELSON CONTAINER
W 180 N 11921 RIVER LN
GERMANTOWN, WI 53022

SCHU MARKETING
7105 31ST AVENUE NORTH
NEW HOPE, MN 55427

RONALD L BABBITZ
607 E PECKHAM RD
NEENAH, WI 54956

REHAU INCORPORATED
PO BOX 37122
PITTSBURGH, PA 15251-7222

QUIETSIDE CORPORATION
2865 PELLISSIER PLACE
WHITTIER, CA 90601

ARNIE YUSIM LEASING INC
650 DUNDEE ROAD
SUITE 158
NORTHBROOK, IL 60062

ADMIN & TECHNICAL SERVICES INC
PO BOX 8488
MADISON, WI 53708-8488

Vendor Addr A Co4.txt

CAPITAL NEWSPAPERS
PO BOX 8759
ATTN CLASSIFIED DEPT
MADISON, WI 53708-8759

□

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GLENDALE PLUMBING SUPPLY** | ) | **Chapter 11 Case** |
| **COMPANY, INC.** | ) | |
| **a Wisconsin corporation,** | ) | |
| **d/b/a FaucetsPlus.com** | ) | |
| **EIN #39-1309777,** | ) | |
| | ) | **NO.** |
| **DEBTOR.** | ) | |

### LIST OF TWENTY LARGEST UNSECURED CREDITORS

| | |
|---|---|
| **STATE OF ILLINOIS** | ) |
| | )    **SS** |
| **COUNTY OF COOK** | ) |

    I, Steve Kogan, being first duly sworn on oath, depose and say that I am the President of **Glendale Plumbing Supply Company, Inc., a Wisconsin corporation**, the debtor herein, and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A contains the names and addresses of the twenty largest unsecured creditors of the debtor prepared in accordance with Rule 1007(d) for filing in this Chapter 11 case.   The list does not include (1) those persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

By: **Glendale Plumbing Supply Company, Inc., a Wisconsin corporation**

By: _____
    Steve Kogan, President.

I declare under penalty of perjury
that the foregoing is true and correct.

EXHIBIT A TO GLENDALE SUPPLY CO.
LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 1. Kohler Company<br>444 Highland Drive<br>Kohler, WI 53044 | John Suralik<br>Kohler Company<br>444 Highland Drive<br>Kohler, WI 53044<br>Ph. (920) 457-4441<br>Fax: (920) 451-4443 | Trade debt | | $1,400,849.06 |
| 2. Moen Division<br>25300 Almone Drive<br>North Olmstead, OH 44070 | Bruce Carboneri<br>Moen Division<br>25300 Almone Drive<br>North Olmstead, OH 44070<br>Ph. (800) 321-8809<br>Fax: (440) 962-2770 | Trade debt | | $255,176.98 |
| 3. AO Smith<br>1200 Golden Key Circle, Suite 400<br>El Paso, TX 79925 | Werner Chaplin<br>AO Smith<br>1200 Golden Key Circle, Suite 400<br>El Paso, TX 79925<br>Ph. (915) 629-1658<br>Fax: (915) 629-1660 | Trade debt | | $202,769.73 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 4. Rheem Mfg Co. 101 Bell Road Montgomery, AL 36117 | Carl MacMaken Rheem Mfg. Co. 101 Bell Road Montgomery, AL 36117 Ph. (800) 621-5622 Fax: (800) 219-6107 | Trade debt | | $196,268.75 |
| 5. Hunter Industries 1940 Diamond Street San Marcos, CA 92069-5190 | Richard Hunter Hunter Industries 1940 Diamond Street San Marcos, CA 92069-5190 Ph. (619) 744-9088 Fax: (760) 744-7461 | Trade debt | | $155,547.01 |
| 6. Jacuzzi Whirlpool Bath Suite 1108 Phillips Point-West Tower 7777 S. Flagler Dr. W. Palm Beach, FL 33401 | Jeff Park Jacuzzi Whirlpool Bath Suite 1108 Phillips Point-West Tower 7777 S. Flagler Dr. W. Palm Beach, FL 33401 Ph. (925) 938-7070 Fax: (516) 514-3839 | Trade debt | | $124,039.10 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 7. Mansfield Plumbing Products<br>150 East 1st Street<br>Perrysville, OH 44864 | Todd Strange<br>Mansfield Plumbing Products<br>150 East 1st Street<br>Perrysville, OH 44864<br>Ph. (419) 938-5211<br>Fax: (419) 938-3709 | Trade debt | | $122,408.02 |
| 8. Delta Faucet Co.<br>55 E. 111th Street<br>Indianapolis, IN 46280 | Richard Brukman<br>Delta Faucet Co.<br>55 E. 111th Street<br>Indianapolis, IN 46280<br>Ph (317) 848-0766<br>Fax: (317) 848-0739 | Trade debt | | $116,369.55 |
| 9. Cerro Copper Products Inc.<br>3000 Mississippi Avenue<br>Sauget, IL 62206 | Brett Paquin<br>Cerro Copper Products Inc.<br>3000 Mississippi Avenue<br>Sauget, IL 62206<br>Ph.: (618) 337-6000<br>Fax: (618) 337-6958 | Trade debt | | $70,909.64 |

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 10. Lasco Bathware 8101 East Kaiser Boulevard Anaheim, CA 92808 | Sandy Nicoles Lasco Bathware 8101 East Kaiser Boulevard Anaheim, CA 92808 Ph.: (714) 993-1220 Fax: (714) 998-1250 | Trade debt | | $62,715.61 |
| 11. E L Mustee & Sons Inc. 5431 W. 164th St. Cleveland, OH 44142 | Steve H (Credit) E L Mustee & Sons Inc. 5431 W. 164th St. Cleveland, OH 44142 Ph. (216) 267-3100 Fax: (216) 267-9997 | Trade debt | | $50,984.89 |
| 12. Rain Bird Corporation 155 North Grant Glendora, CA 91741 | Nick Kaleyias Rain Bird Corporation 155 North Grant Glendora, CA 91741 Ph. (626) 963-9311 Fax: (626) 852-7017 | Trade debt | | $46,692.74 |
| 13. Sterling Plumbing Group 444 Highland Drive Kohler, WI 53044 | John Suralik Sterling Plumbing Group 444 Highland Drive Kohler, WI 53044 Ph. (920) 457-4441 Fax: (920) 451-4443 | Trade debt | | $46,184.90 |

CHI:DOCS/#30382040 V1 - BUILDERS: GLENDALE SUPPLY CO. TWENTY LARGEST CREDITORS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 14.  J M Manufacturing Co. Inc. 9 Peachtree Hill Road Livingston, NJ 07039 | Josie J M Manufacturing Co. Inc. 9 Peachtree Hill Road Livingston, NJ 07039 Ph: (800) 621-4404 Fax: (973) 535-1632 | Trade debt | | $43,309.60 |
| 15.  In Sink Erator Division 4700 21st Street Racine, WI 53406 | Bill Ivy In Sink Erator Division 4700 21st Street Racine, WI 53406 Ph: (262) 554-5432 Fax: (262) 321-0113 | Trade debt | | $42,823.73 |
| 16.  Elkay Mfg. 2222 Camden Court Oak Brook, IL  60523 | Ron Katz Elkay Mfg. 2222 Camden Court Oak Brook, IL  60523 Ph: (630) 574-8484 Fax: (630) 574-5012 | Trade debt | | $39,628.05 |
| 17.  Brass Craft Mfg. 39600 Orchard Hill Pl. Novi, MI 48375 | Todd Talbott Brass Craft Mfg. 39600 Orchard Hill Pl. Novi, MI 48375 Ph: (248) 305-6000 Fax: (248) 305-6007 | Trade debt | | $36,349.39 |

CHIDOCS/#30382040 V1 - BUILDERS: GLENDALE SUPPLY CO. TWENTY LARGEST CREDITORS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone and Mailing Address Including Zip Code of Contact Person | Nature of Claim (trade debt, bank loan, government contract, etc.) | Indicate if Claim is Contingent Unliquidated/Disputed or Subject to Setoff | Amount of Claim |
|---|---|---|---|---|
| 18. Zurn Industries<br>1801 Pittsburgh Avenue<br>Erie, PA 16502 | Pete Forsyna<br>Zurn Industries<br>1801 Pittsburgh Avenue<br>Erie, PA 16502<br>Ph.(814) 455-0921<br>Fax: (814) 871-6142 | Trade debt | | $35,605.96 |
| 19. Sharon Tube Company<br>134 Mill Street<br>Sharon, PA 16146 | Jim Fowler<br>Sharon Tube Company<br>134 Mill Street<br>Sharon, PA 16146<br>Ph. (800) 245-8115<br>Fax: (724) 981-2846 | Trade debt | | $35,245.17 |
| 20. Thompson Plastics<br>3425 Danwood Blvd.<br>Huntsville, AL 35811 | Robin Hansen<br>Thompson Plastics<br>3425 Danwood Blvd.<br>Huntsville, AL 35811<br>Ph. (800) 272-2782<br>Fax: (256) 852-2782 | Trade debt | | $29,347.83 |

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **GLENDALE PLUMBING SUPPLY** | ) | **Chapter 11 Case** |
| **COMPANY, INC.** | ) | |
| **a Wisconsin corporation,** | ) | |
| **d/b/a FaucetsPlus.com** | ) | |
| **EIN #39-1309777,** | ) | |
| | ) | **NO.** |
| DEBTOR. | ) | |

## LIST OF EQUITY SECURITY HOLDERS

| | | |
|---|---|---|
| **STATE OF ILLINOIS** | ) | |
| | ) | **SS** |
| **COUNTY OF COOK** | ) | |

    I, Steve Kogan, being first duly sworn on oath, depose and say that I am the President of **Glendale Plumbing Supply Company, Inc., a Wisconsin corporation,** the debtor herein and that to the best of my knowledge, information and belief, the list attached hereto as Exhibit A is a full, complete and actual list of the names and addresses of the shareholders of the debtor.

 

        By: **Glendale Plumbing Supply Company, Inc., a Wisconsin corporation**

        By: _____
            Steve Kogan, President

I declare under penalty of perjury
That the foregoing is true and correct.

CHGO1:30381876.v1

## EXHIBIT A

| Steve Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 | Harvey Kogan<br>133 South Rohlwing Road<br>Addison, IL 60101 |
|---|---|