**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: GLENDALE PLUMBING SUPPLY CO., INC.         §     Case No.  03-49244-JS
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DAVID GROCHOCINSKI, TRUSTEE</u>   , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 03/11/2011 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  02/03/2011          By:   /s/DAVID GROCHOCINSKI, TRUSTEE
                                            Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: GLENDALE PLUMBING SUPPLY CO., INC.   §   Case No. 03-49244-JS

§

§

Debtor(s)   §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $    1,705,265.57 |
| *and approved disbursements of* | $    1,283,727.41 |
| *leaving a balance on hand of* [1] | $    421,538.16 |

**Balance on hand:**    $    421,538.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $    0.00

Remaining balance:    $    421,538.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DAVID GROCHOCINSKI, TRUSTEE | 74,407.32 | 30,726.15 | 43,681.17 |
| Attorney for Trustee, Fees - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 13,210.09 | 0.00 | 13,210.09 |
| Attorney for Trustee, Expenses - GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 618.64 | 0.00 | 618.64 |
| Accountant for Trustee, Fees - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 2,933.16 | 0.00 | 2,933.16 |
| Accountant for Trustee, Expenses - CBIZ ACCOUNTING, TAX & ADVISORY SERVICES | 72.69 | 0.00 | 72.69 |

Total to be paid for chapter 7 administration expenses:    $    60,515.75

Remaining balance:    $    361,022.41

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00

Remaining balance:   $       361,022.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $164,281.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | Mellon Bank | 288.30 | 0.00 | 288.30 |
| | Mellon Bank | 67.43 | 0.00 | 67.43 |
| | Mellon Bank | 37.20 | 0.00 | 37.20 |
| | ILLINOIS DIRECTOR OF EMPLOYMENT SECURITIES | 155.78 | 0.00 | 155.78 |
| 11 | JAMES SKIBA | 4,650.00 | 0.00 | 4,650.00 |
| 38P | Wisconsin Dept Of Revenue | 147,476.97 | 0.00 | 147,476.97 |
| 416 | Milwaukee, City Of | 5,491.53 | 0.00 | 5,491.53 |
| 566 | City Of Madison Treasurer | 6,114.78 | 0.00 | 6,114.78 |

Total to be paid for priority claims:   $       164,281.99

Remaining balance:   $       196,740.42

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,760,105.78 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | Cerro Flow Products, Inc. | 8,050.00 | 0.00 | 333.06 |
| 3 | Anaheim Manufacturing Co | 13,913.00 | 0.00 | 575.63 |
| 4 | Harvey Kogan | 13,200.00 | 0.00 | 546.13 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 5 | Steve Kogan | 13,200.00 | 0.00 | 546.13 |
| 9 | Bechen, James L | 66,636.00 | 0.00 | 2,756.97 |
| NA | Abe Kogan | 13,200.00 | 0.00 | 546.13 |
| NA | Moen Division | 7,080.00 | 0.00 | 292.92 |
| NA | A.O. Smith Corporation | 33,330.00 | 0.00 | 1,378.98 |
| NA | Arrowhead Brass Products | 8,550.00 | 0.00 | 353.74 |
| NA | Bemis Mfg Co | 544.00 | 0.00 | 22.51 |
| NA | Brass Craft Mfg | 1,339.50 | 0.00 | 55.42 |
| NA | Canfield Technologies, Inc. | 3,080.00 | 0.00 | 127.43 |
| NA | Car Leasing, Inc. | 276.50 | 0.00 | 11.44 |
| NA | Centennial Plastics, LLC | 10,500.00 | 0.00 | 434.42 |
| NA | Consolidated Plumbing Industries | 4,850.00 | 0.00 | 200.66 |
| NA | CR/PL Ltd Partnership | 410.00 | 0.00 | 16.96 |
| NA | Freedom Plastics, LLC | 14,190.00 | 0.00 | 587.09 |
| NA | Humana, Inc. | 850.00 | 0.00 | 35.17 |
| NA | Hunter Industries, Inc. | 36,150.00 | 0.00 | 1,495.65 |
| NA | Jacuzzi | 5,300.00 | 0.00 | 219.28 |
| NA | Josam Company | 2,040.00 | 0.00 | 84.40 |
| NA | Lasco Bathware | 23,826.00 | 0.00 | 985.77 |
| NA | Lasco Fittings | 7,525.00 | 0.00 | 311.34 |
| NA | Nordyne, Inc. | 10,296.00 | 0.00 | 425.98 |
| NA | Oasis Industries, Inc. | 540.00 | 0.00 | 22.34 |
| NA | Oatey Supply Chain Services, Inc. | 20,250.00 | 0.00 | 837.81 |
| NA | Penske Truck Leasing | 1,330.53 | 0.00 | 55.05 |
| NA | Plymouth Products | 1,670.00 | 0.00 | 69.09 |
| NA | Printex Designs | 1,435.00 | 0.00 | 59.37 |
| NA | Sioux Chief Mfg Co., Inc. | 10,125.00 | 0.00 | 418.91 |
| NA | Zurn Industries | 10,535.00 | 0.00 | 435.87 |
| 11 | JAMES SKIBA | 17,439.60 | 0.00 | 721.54 |
| 16 | F.j. Moore Mfg. | 4,454.00 | 0.00 | 184.28 |
| 18 | L.d. Daniels & Assoc. | 7,374.00 | 0.00 | 305.09 |
| 25 | Paul Sutfin | 50.00 | 0.00 | 2.07 |
| 35 | Capital Water Softener | 5,889.00 | 0.00 | 243.65 |

| | | | | |
|---|---|---|---|---|
| 38U | Wisconsin Dept Of Revenue | 111,965.57 | 0.00 | 4,632.41 |
| 42 | Ridge Tool Co. | 1,989.92 | 0.00 | 82.33 |
| 43 | Fahey, Tim | 18,543.88 | 0.00 | 767.23 |
| 50 | Kaul Oil Company | 2,086.61 | 0.00 | 86.33 |
| 67 | American Wall Tie Co | 758.11 | 0.00 | 31.37 |
| 75 | Reinders, Inc | 92.00 | 0.00 | 3.81 |
| 77 | Best Specialties | 3,443.58 | 0.00 | 142.47 |
| 86 | Stoffel Equipment Co | 368.00 | 0.00 | 15.23 |
| 87 | Leonard Valve Co | 2,411.00 | 0.00 | 99.75 |
| 92 | Wheeler Div Of Rex Intl Inc | 187.00 | 0.00 | 7.74 |
| 94 | Lasco Bathware | 65,760.19 | 0.00 | 2,720.73 |
| 96 | General Wire Spring Co | 1,455.53 | 0.00 | 60.22 |
| 99 | Continental Courier, Ltd | 283.93 | 0.00 | 11.75 |
| 101 | Dunham Express Corp. | 39.85 | 0.00 | 1.65 |
| 102 | Lake City Ind Products Inc | 560.58 | 0.00 | 23.19 |
| 106 | Diamond Water Conditioning | 1,501.00 | 0.00 | 62.10 |
| 108 | John Barr Sales | 885.60 | 0.00 | 36.64 |
| 113 | Badger Tag And Label Corp | 1,312.00 | 0.00 | 54.28 |
| 115 | Kast Marketing | 1,693.00 | 0.00 | 70.05 |
| 125 | Bruce, Thomas Charles | 81,179.00 | 0.00 | 3,358.66 |
| 135 | American Granby Inc | 1,311.00 | 0.00 | 54.24 |
| 139 | Black Swan Mfg Co | 7,833.15 | 0.00 | 324.09 |
| 178 | Santeen Products | 543.00 | 0.00 | 22.47 |
| 184 | Elkay Mfg Co. | 39,628.00 | 0.00 | 1,639.55 |
| 191 | Dawn Industries Inc | 4,324.78 | 0.00 | 178.93 |
| 207 | Milwaukee Kitchen & Bath | 190.00 | 0.00 | 7.86 |
| 208 | Rohl Corporation | 336.44 | 0.00 | 13.92 |
| 215 | Rehau Incorporated | 14,792.50 | 0.00 | 612.02 |
| 220 | Reed Mfg | 1,648.10 | 0.00 | 68.19 |
| 230 | Econoprint | 173.27 | 0.00 | 7.17 |
| 234 | P T Coupling Company Inc | 56.23 | 0.00 | 2.33 |
| 236 | Northland Sales, Inc | 1,480.40 | 0.00 | 61.25 |
| 237 | Maintenance Services Of Madiso | 212.90 | 0.00 | 8.81 |

| 238 | Madison Coffee Systems Inc | 46.50 | 0.00 | 1.92 |
|---|---|---|---|---|
| 241 | Consolidated Doors Inc | 215.42 | 0.00 | 8.91 |
| 242 | Aramark Refreshment Services | 358.22 | 0.00 | 14.82 |
| 247 | Manufacturers News Inc | 155.00 | 0.00 | 6.41 |
| 253 | T Christy Enterprises | 1,269.03 | 0.00 | 52.50 |
| 256 | Osi Sealants Inc | 784.08 | 0.00 | 32.44 |
| 259 -3 | Greater Bay Capital | 8,263.50 | 0.00 | 341.89 |
| 266 | M T G Services | 1,038.01 | 0.00 | 42.95 |
| 267 | Acorn Engineering Co | 1,149.00 | 0.00 | 47.54 |
| 274 | E L Mustee & Sons Inc | 51,576.85 | 0.00 | 2,133.92 |
| 276 | Alsons Corporation | 1,435.79 | 0.00 | 59.40 |
| 286 | Plymouth Products | 30.00 | 0.00 | 1.24 |
| 295 | Blackburn Manufacturing Co | 241.98 | 0.00 | 10.01 |
| 298 | N M Transfer Co. Inc. | 82.66 | 0.00 | 3.42 |
| 300 | Stickler And Associates Inc | 9,760.18 | 0.00 | 403.81 |
| 311 | Zurn Industries | 39,094.00 | 0.00 | 1,617.46 |
| 337 | Wami Sales Inc | 4,520.21 | 0.00 | 187.02 |
| 343 | Burk & Associates | 529.80 | 0.00 | 21.92 |
| 350 | Lsp Products Group Inc. | 16,103.14 | 0.00 | 666.24 |
| 352 | Regency Wire & Cable | 3,428.77 | 0.00 | 141.86 |
| 356 | Amerec Products | 1,187.65 | 0.00 | 49.14 |
| 358 | Printex Designs Inc. | 1,318.00 | 0.00 | 54.53 |
| 370 | J C Whitlam Manufacturing | 137.20 | 0.00 | 5.68 |
| 378 | J M Manufacturing Co Inc | 43,309.60 | 0.00 | 1,791.87 |
| 380 | Big Foot Manufacturing Co | 562.33 | 0.00 | 23.27 |
| 382 | Eemax | 2,210.97 | 0.00 | 91.48 |
| 396 | Gerber Plumbing Fixtures Inc | 19,601.04 | 0.00 | 810.96 |
| 404 | Wisconsin Electric Power Co. | 3,687.00 | 0.00 | 152.54 |
| 410 | Northern Waters | 7,643.00 | 0.00 | 316.22 |
| 414 | Lippert Corp | 1,602.00 | 0.00 | 66.28 |
| 417 | Nelson Container | 1,656.82 | 0.00 | 68.55 |
| 424 | Turf Aid | 728.00 | 0.00 | 30.12 |
| 432 | Centennial Plastics Llc | 15,178.00 | 0.00 | 627.97 |

**UST Form 101-7-NFR (10/1/2010)**

| 434 | Barclay Products Ltd | 2,231.51 | 0.00 | 92.33 |
|---|---|---|---|---|
| 443 | Keeney Manufacturing Co | 2,839.00 | 0.00 | 117.46 |
| 446 | Leemco Inc | 6,544.00 | 0.00 | 270.75 |
| 452 | Schier Products Co | 3,485.34 | 0.00 | 144.20 |
| 455 | Stanzi Simms | 56.00 | 0.00 | 2.32 |
| 462 | Haws Corporation | 2,064.00 | 0.00 | 85.40 |
| 467 | Thompson Plastics | 20,012.74 | 0.00 | 828.00 |
| 473 | Richard Specialty Co | 1,381.00 | 0.00 | 57.14 |
| 477 | Mueller Streamline Co | 740.46 | 0.00 | 30.64 |
| 483 | A O Smith | 205,048.00 | 0.00 | 8,483.57 |
| 485 | King Innovation | 1,163.00 | 0.00 | 48.12 |
| 504 | Sioux Chief Mfg Co Inc | 15,334.93 | 0.00 | 634.46 |
| 507 | Foresees Products Incorporated | 3,344.00 | 0.00 | 138.35 |
| 508 | National Fiberglass | 8,358.00 | 0.00 | 345.80 |
| 514 | Josam Company | 28,141.04 | 0.00 | 1,164.29 |
| 521 | Qps Staffing Service Inc | 295.36 | 0.00 | 12.22 |
| 525 | Bradley Corporation | 8,206.00 | 0.00 | 339.51 |
| 536 | Sta Rite Industries | 13,355.00 | 0.00 | 552.54 |
| 555 | Howards Products Inc | 4,530.58 | 0.00 | 187.45 |
| 564 | Ward Manufacturing Inc | 11,390.00 | 0.00 | 471.24 |
| 588 | Hico Flex Brass Co | 2,880.00 | 0.00 | 119.16 |
| 591 | Spears Manufacturing Co | 4,879.60 | 0.00 | 201.89 |
| 594 | Diversitech | 634.27 | 0.00 | 26.24 |
| 596 | Rheem Mfg Co | 187,299.57 | 0.00 | 7,749.25 |
| 615 | Netafim Irrigation Inc | 3,542.92 | 0.00 | 146.58 |
| 624 | Pipe Conx | 2,113.00 | 0.00 | 87.42 |
| 634 | Hellenbrand Water Cond Inc. | 3,074.76 | 0.00 | 127.21 |
| 641 | Kohler Company | 1,505,898.44 | 0.00 | 62,304.37 |
| 645 | Schiff Hardin Llp | 8,163.00 | 0.00 | 337.73 |
| 649 | Moen Division | 216,384.00 | 0.00 | 8,952.58 |
| 653 | Chicago Faucet Company | 18,081.12 | 0.00 | 748.08 |
| 656 | Geberit Manufacturing | 18,081.12 | 0.00 | 748.08 |
| 658 | Process Mechanical System | 1,266.00 | 0.00 | 52.38 |

**UST Form 101-7-NFR (10/1/2010)**

| 665 | Opella Inc | 3,803.00 | 0.00 | 157.34 |
|---|---|---|---|---|
| 670 | L R Nelson Corporation | 3,504.17 | 0.00 | 144.98 |
| 673 | Swan Corp | 21,682.34 | 0.00 | 897.08 |
| 710 | Watco Manufacturing Co | 3,810.00 | 0.00 | 157.63 |
| 712 | Woodford Mfg | 872.71 | 0.00 | 36.11 |
| 721 | Burton Anderson & Associates | 6,018.27 | 0.00 | 249.00 |
| 722 | Mill Rose Company, The | 1,730.18 | 0.00 | 71.58 |
| 728 | Premier One Products, Inc. | 2,221.66 | 0.00 | 91.92 |
| 764 | FHP/Kindred | 26,450.03 | 0.00 | 1,094.33 |
| 769 | Grohe America Inc | 17,625.48 | 0.00 | 729.23 |
| 776 | Arrowhead Brass Products | 9,770.81 | 0.00 | 404.25 |
| 793 | HE Stark Agency | 1,497.44 | 0.00 | 61.95 |
| 808 | CHICAGO TRUCK DRIVERS/HEALTH & WELFARE FUND | 1,104,429.83 | 0.00 | 45,694.19 |
| 1000 | Brasstech Inc | 10,326.69 | 0.00 | 427.25 |
| 1029 | Delta Faucet | 115,861.08 | 0.00 | 4,793.58 |
| 1043 | Mansfield Plumbing Products | 123,591.33 | 0.00 | 5,113.41 |
| 1103 | Delta Faucet | 6,600.00 | 0.00 | 273.07 |
| 1111 | Elkay Mfg Co. | 2,115.00 | 0.00 | 87.51 |

Total to be paid for timely general unsecured claims: $ 196,942.51

Remaining balance: $ -202.09

Tardily filed claims of general (unsecured) creditors totaling $ 2,900.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1119 | Alan Wire Company | 2,900.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ -202.09

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  **$**                0.00

Remaining balance:                **$**              -202.09

Prepared By:   /s/DAVID GROCHOCINSKI, TRUSTEE

Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**